TAKACH, APPELLANT, *v.* AMERICAN MEDICAL
TECHNOLOGY, INC. ET AL., APPELLEES.

[Cite as *Takach v. Am. Med. Technology,
Inc.* (1999), 85 Ohio St.3d 1213.]

(No. 98–1020—Submitted March 30, 1999—Decided May 12, 1999.)

*Lancione & Simon, P.L.L., Ellen S. Simon, Cathleen M. Bolek* and *Christopher P. Thorman,* for appellant.

*Walter & Haverfield, P.L.L., Michael T. McMenamin, Nancy A. Noall* and *Vincent L. Cheverine,* for appellees.

*Louis A. Jacobs; Spater, Gittes, Schulte & Kolman* and *Frederick M. Gittes,* urging reversal for *amici curiae,* Ohio Employment Lawyers Association, Committee Against Sexual Harassment, Ohio Chapter of the National Organization of

Women, Ohio Academy of Trial Lawyers, Ohio Civil Rights Coalition, NOW Legal & Education Fund, and Ohio Citizen Action.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., RESNICK, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

F.E. SWEENEY and PFEIFER, JJ., dissent and would reverse the judgment of the court of appeals.